Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-17567-AMC**

Thomas Richard Brennan, Jr.
117 Berks Street
Pottstown  PA    19464

Petition Filed Date: 12/04/2019
341 Hearing Date: 01/17/2020
Confirmation Date: 06/03/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $635.00 | | 09/29/2022 | $635.00 | | 10/31/2022 | $635.00 | |
| 11/30/2022 | $635.00 | | 12/30/2022 | $635.00 | | 01/30/2023 | $635.00 | |
| 03/01/2023 | $635.00 | | 03/29/2023 | $635.00 | | 05/01/2023 | $635.00 | |
| 05/30/2023 | $635.00 | | 06/29/2023 | $635.00 | | 07/31/2023 | $635.00 | |

**Total Receipts for the Period: $7,620.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $27,530.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas Richard Brennan, Jr. | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | MONTGOMERY CO TAX CLAIM BUREAU »» 001 | Secured Creditors | $2,043.33 | $1,553.22 | $490.11 |
| 2 | POTTSGROVE SCHOOL DISTRICT »» 002 | Secured Creditors | $21,268.28 | $16,245.76 | $5,022.52 |
| 3 | DIAMOND FEDERAL CREDIT UNION »» 003 | Unsecured Creditors | $1,287.37 | $0.00 | $1,287.37 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,749.00 | $3,749.00 | $0.00 |
| 4 | POTTSGROVE SCHOOL DISTRICT »» 005 | Secured Creditors | $4,027.03 | $3,061.07 | $965.96 |

**Chapter 13 Case No. 19-17567-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,530.00 | Current Monthly Payment: | $635.00 |
| Paid to Claims: | $24,609.05 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,343.10 | Total Plan Base: | $37,690.00 |
| Funds on Hand: | $577.85 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.